NONPRECEDENTIAL DISPOSITION
To be cited only in accordance with
Fed. R. App. P. 32.1

In the
United States Court of Appeals
For the Seventh Circuit

Decided May 26, 2011

**Before**

WILLIAM J. BAUER, *Circuit Judge*

JOEL M. FLAUM, *Circuit Judge*

FREDERICK J. KAPALA, *District Judge*[*]

No. 08-2820

KEVIN KASTEN,

　　　　　　　　　　　　　　　　　　　　　　　　　*Plaintiff-Appellant,*

　　　　v.

SAINT-GOBAIN PERFORMANCE PLASTICS CORP.,

　　　　　　　　　　　　　　　　　　　　　　　　　*Defendant-Appellee.*

—————————————

Appeal from the United States District Court
for the Western District of Wisconsin.
No. 07-C-0686—Barbara B. Crabb, *Judge.*

On Remand from the United States Supreme Court
No. 09-834

—————————————

**ORDER**

———————————

[*]The Honorable Frederick J. Kapala, of the United Stated District Court for the Northern District of Illinois, sitting by designation.

On March 22, 2011, the Supreme Court reversed our decision in this case and remanded the matter for proceedings in conformity with its opinion. *Kasten v. Saint-Gobain Performance Plastics Corp.,* 131 S.Ct. 1325 (2011). In light of that opinion – concluding that oral complaints fall within the scope of the phrase "filed any complaint" in 29 U.S.C. § 215(a)(3) – it is **ORDERED** that this case be remanded to the district court for further proceedings pertaining to Kasten's antiretaliation claim under the Fair Labor Standards Act.